Isaac Greenbaum v. Annie Perlmutter.— Motion to dismiss appeal denied, with ten dollars costs, with leave to move this court for permission to have the record returned to the county clerk for correction. Settle order on notice.

Henry Hargrave v. New York Contracting Company.— Motion denied.

David Hordern v. The Salvation Army.— Motion denied, with ten dollars costs.

George Walheimer v. William Bianchi and Others.— Motion denied, with ten dollars costs.

Alma H. Potter, as Administratrix, v. Charles P. H. Gilbert.— Motion granted; question certified.

William J. Barr, as Trustee, v. Eva Sofranski and Another.— Motion denied, with ten dollars costs.

In the Matter of Ward B. Yeomans.— Motion granted. Settle order on notice.

In the Matter of Sigmund Feuchtwanger.— Reference ordered. Settle order on notice.

In the Matter of William F. Randel.— Motion denied. Settle order on notice.